IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RONALD CHARLES VROOMAN, et al.**,

    Plaintiffs,

  v.

**KATHERINE D. ARMSTRONG**,

    Defendant.

Case No. 3:16-cv-01109-YY

**ORDER**

**Michael H. Simon, District Judge.**

    United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on July 25, 2016. ECF 5. Judge You recommended that Plaintiffs' Complaint (ECF 1) be dismissed *sua sponte* with prejudice as to all claims brought against Defendant on behalf of the Bundy defendants, and otherwise without prejudice.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – ORDER

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review de novo magistrate's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge You's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge You's Findings and Recommendation, ECF 5. Plaintiffs' Complaint (ECF 1) is dismissed with prejudice as to all claims brought against Defendant on behalf of the Bundy defendants, and otherwise without prejudice. Plaintiffs have leave to file an amended complaint that cures the deficiencies described in Judge You's Findings and Recommendation within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

DATED this 12th day of August, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – ORDER