IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RONALD CHARLES VROOMAN et al.**, | Case No. 3:16-cv-1109-SI |
| Plaintiffs, | **ORDER** |
| v. | |
| **KATHERINE D. ARMSTRONG**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on September 30, 2016. ECF 14. Judge You recommended that the First Amended Complaint (ECF 12) should be dismissed with prejudice. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended

to require a district judge to review a magistrate's report to which no objections are filed.");

*United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the

court must review de novo magistrate's findings and recommendations if objection is made, "but

not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude

further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard."

*Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b)

recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings

and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory

Committee and reviews Judge You's Findings and Recommendation for clear error on the face

of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge You's Findings

and Recommendation, ECF 14. Plaintiffs' First Amended Complaint (ECF 12) is dismissed with

prejudice.

**IT IS SO ORDERED.**

DATED this 20th day of October, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge